IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DIANA L. RAMSEY AS ADMINISTRATRIX OF THE ESTATE OF MEGAN LOUISE RAMSEY, DECEASED, AND AS PARENT AND LEGAL GUARDIAN OF MEGAN LOUISE RAMSEY IN HER OWN RIGHT<br>        Plaintiff,<br><br>v.<br><br>THE DEVEREUX FOUNDATION (d/b/a DEVEREUX POCONO CENTER)<br>        Defendant | CIVIL ACTION<br><br>No. 3:16cv1758<br><br>(Judge Munley)<br><br>JURY TRIAL DEMANDED<br><br>FILED<br>SCRANTON<br><br>DEC 2 0 2017<br><br>PER _____<br>DEPUTY CLERK |

**ORDER**

AND NOW, this **20TH** day of **DECEMBER**, 2017, upon consideration of the Petition to Settle a Wrongful Death and Survival Action, it is hereby ORDERED and DECREED that Petitioner is authorized to settle all claims for the total amount of $800,000.00. Defendant shall forward all settlement drafts or checks to Petitioner's counsel for proper distribution. It is further ORDERED and DECREED that the settlement proceeds are allocated as follows:

1. Wrongful Death 70%

2. Survival Claim 30%

It is further ORDERED and DECREED that the settlement proceeds be distributed as follows:

1. Attorneys fee to Feldman Shepherd, LLP:     $266,666.67

2. Feldman Shepherd reimbursement of costs:     $ 66,852.03

3. Wrongful Death Claim Net Sum:     $326,536.92

    a. Diana Ramsey     $163,268.46
    b. Allen Ramsey     $163,268.46

4. Survival Claim Proceeds in the amount of $139,944.38 shall be paid to Diana Ramsey, Administratrix of the Estate of Megan Ramsey, Deceased; however, the estate shall not distribute any funds to the beneficiaries until an order requiring or waiving additional security as required is entered by the Surrogate's Court of Morris County, New Jersey.

The parties to this settlement shall cooperate fully and execute any and all supplementary documents and to take all additional actions which may be necessary or appropriate to give full force and effect to the basic terms and intent of this settlement.

5. THE CLERK OF COURT IS DIRECTED TO CLOSE THIS CASE IN THIS COURT.

BY THE COURT:

_____
J.

2